```
 1
 2
 3
 4
 5
 6
 7
 8                        IN THE UNITED STATES DISTRICT COURT
 9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10  HUGH G. CROWLEY,
11              Plaintiff,                No. CIV S-09-1324 DAD P
12       vs.
13  BOARD OF PRISON TERMS, et al.,
14              Defendants.               ORDER
15  _____/
```

        This civil rights action was closed on December 23, 2009, following plaintiff's response to a court order and his request that this action be voluntarily dismissed. No order issued granting plaintiff leave to proceed in forma pauperis. On June 11, 2010, plaintiff filed a letter requesting that the court refund the $50.00, which was submitted by plaintiff as a partial filing fee. Records from the Financial Department of the Clerk's Office verify that $50.00 was received from plaintiff on September 17, 2009. The court will grant plaintiff's request.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 11, 2010 request for a refund of his $50.00 partial filing fee (Doc. No. 14) is granted;

/////

/////

1

2.  The Financial Department is directed to issue a check payable to plaintiff in the amount of $50.00.

DATED: June 24, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
crow1324.refund